UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BELINDA POWERS, *Individually and on Behalf of All Others Similarly Situated,*<br><br>        Plaintiff,<br> -v-<br><br>HEARST COMMUNICATIONS, INC.<br><br>        Defendant. | 21 Civ. 9198 (PAE)<br><br>ORDER |
| CATHY RICKETTS, *Individually and on Behalf of All Others Similarly Situated,*<br><br>        Plaintiff,<br> -v-<br><br>HEARST COMMUNICATIONS, INC.<br><br>        Defendant. | 21 Civ. 9278 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

  The Court has received plaintiffs' motions to consolidate the two above-captioned cases and to appoint interim class counsel. The Court directs defendant to file a short letter by December 14, 2021, stating its position on consolidating these two cases. The Court will then resolve plaintiffs' motions to consolidate and appoint interim class counsel.

  SO ORDERED.

                *Paul A. Engelmayer*
                PAUL A. ENGELMAYER
                United States District Judge

Dated: December 9, 2021
   New York, New York