UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BELINDA POWERS, *Individually and on Behalf of All Others Similarly Situated,*<br><br>　　　　　　　　　　　　　Plaintiff,<br>　　　-v-<br><br>HEARST COMMUNICATIONS, INC.<br><br>　　　　　　　　　　　　　Defendant. | 21 Civ. 9198 (PAE)<br><br>ORDER |
| CATHY RICKETTS, *Individually and on Behalf of All Others Similarly Situated,*<br><br>　　　　　　　　　　　　　Plaintiff,<br>　　　-v-<br><br>HEARST COMMUNICATIONS, INC.<br><br>　　　　　　　　　　　　　Defendant. | 21 Civ. 9278 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On December 8, 2021, the Court received plaintiffs' motions to consolidate the two above-captioned cases and to appoint interim class counsel. On December 9, 2021, the Court directed defendant to file a short letter by December 14, 2021, stating its position on consolidating these two cases. On December 14, 2021, plaintiffs filed a letter withdrawing their motions. That same day, defendant filed a letter stating that it welcomed consolidating the two cases.

Notwithstanding plaintiffs' withdrawal of their motion, the Court hereby consolidates the two above-captioned cases, given the overwhelming legal and factual overlap between them—each bringing the same claim on behalf of the same putative class of South Dakota residents.

*Compare* 21 Civ. 9198 (PAE), Dkt. 1; *with* 21 Civ. 9278 (PAE), Dkt. 1.  All filings in the above-captioned cases shall be entered in the docket of the new lead case, 21 Civ. 9198 (PAE).

The Clerk of Court is respectfully directed to terminate the motion pending at 21 Civ. 9198 (PAE), Dkt. 13; to amend the case caption of the consolidated to be "Belinda Powers et al. v. Hearst Communications, Inc."; and to close the case at docket 21 Civ. 9278 (PAE).

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: December 17, 2021
       New York, New York